IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: MEDSCI DIAGNOSTICS, INC.<br><br>Debtor<br><br>MEDSCI DIAGNOSTICS, INC.<br><br>Plaintiff – Appellee<br>v.<br>STATE INSURANCE FUND CORPORATION<br>Defendants – Appellant | APPEAL CASE NO.:  10-2239 (JAF)<br><br>BANKRUPTCY<br>CASE NO.: 10-04961 (ESL)<br><br>CHAPTER 11<br><br>ADVERSARY NO.: 10-00094 (ESL) |

**JOINT MOTION IN COMPLIANCE OF ORDER (Docket No. 54)**

**TO THE HONORABLE JOSÉ A FUSTÉ**
**DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT**:

**COME NOW**, MEDSCI Diagnostics, Inc. (hereinafter "MEDSCI"), and the State Insurance Fund (the "SIF"), through the undersigned counsel and respectfully state and pray as follows:

1. The Court has ordered the parties to explain "how the Stipulation Regarding Pending Issues," filed at **Docket No. 289** in the Adv. Proceeding 10-00094 (ESL), (hereinafter the "Stipulation"), affects the appeal pending before this Court, (**Docket No. 54**). The parties hereby jointly comply with the aforementioned order.

2. As stated in the Stipulation, the same does not alter, nor affects, the appeal before this Court. See Adv. Proc. No. 10-0094 (ESL), Docket No. 289, ¶3.

3. The Stipulation was reached in good-faith by the parties, complying with the Bankruptcy Court's instructions during the hearing of June 29, 2011, to specifically

1

address the parties' motions that were going to be argued on that same date. See Adv. No. 10-0094 (ESL), Docket No. 282.

**WHEREBY**, given the above reasons, MEDSCI and the SIF respectfully pray that this Court (i) take notice of the foregoing, that is, that the Stipulation filed in Adv. Proc. No. 10-0094 (ESL) does not affect the issues before this Court in the instant appeal and (ii) deem the Court Order (Docket No. 54) complied with.

**RESPECTFULLY SUBMITTED**.

I hereby certify that on this 14th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will electronically notify all counsel of record.

In San Juan, Puerto Rico, this 14th day of July, 2011.

| | |
|---|---|
| **s/ Mauricio O. Muñiz-Luciano**<br>**Mauricio O. Muñiz-Luciano**<br>*Attorneys for the SIF*<br>USDC No. 220914<br>**O'NEILL & BORGES**<br>250 Muñoz Rivera Ave., Ste. 800<br>San Juan, PR 00918-1813<br>Telephone: 787-764-8181<br>Fax: 787-753-8944<br>E-mail: mauricio.muniz@oneillborges.com | **s/ Rafael González-Vélez**<br>**Rafael González-Vélez**<br>**GONZÁLEZ-VÉLEZ LAW OFFICES**<br>Attorney for *MEDSCI*<br>USDC No. 124311<br>1806 Calle McLeary Suite 1-B<br>San Juan, Puerto Rico 00911<br>E-mail: rgvlo@prtc.net<br>Tel. 787-726-8866<br>Fax 787-726-8877<br><br>**s/ Carlo Defendini-Díaz**<br>**Carlo Defendini-Díaz**<br>**RALPH VALLONE, JR. LAW OFFICES**<br>Attorney for *MEDSCI*<br>USDC PR No. 227814<br>1319 Ashford Ave.<br>Son Sid Cond., Suite 1<br>Santurce, P. R. 00907<br>Tel.: (787) 723-9393<br>Fax : (787)723-9251<br>cdefendini@rvallonelawoffice.com |

2